IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DEBORAH MARIE DONZE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 2:16-cv-00640 |
| ) | |
| ) | |
| vs. ) | Judge:  Robert C. Chambers |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | Magistrate Tinsley |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE

**PLEASE TAKE NOTICE** that the undersigned counsel of record for Defendant E. I. du Pont de Nemours and Company ("DuPont") hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

DuPont does not have any parent corporations, and no publicly-held corporation owns 10% or more of DuPont's stock.

Respectfully submitted,

/s W. Michael Hanna
W. Michael Hanna (WVSB No. 1582)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114
Mike.hanna@squirepb.com
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)

*Attorney for Defendant E. I. du Pont de Nemours and Company*

Dated:  January 25, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2016, an electronic copy of the foregoing was filed with the Clerk of Court and served via the CM/ECF filing system on the following:

Harry G. Deitzler
R. Edison Hill
James C. Peterson
**HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311

Larry A. Winter
**WINTER & JOHNSON, PLLC**
P.O. Box 2187
Charleston, WV 25328

*Attorneys for Plaintiffs*

                                                       */s/* W. Michael Hanna
                                                       Attorney for DuPont